

**North Carolina Western**
**MEMORANDUM**

**Date:** November 7, 2007

**To:** The Honorable Frank J. Whitney
U.S. District Judge

**From:** Jeffrey R. Bowley
U.S. Probation Officer

**Subject:** Aaron Charles Beane
Docket No.: 3:04CR13-3-W
**Out of Country Travel Request**

**FILED**
**CHARLOTTE, NC**

**NOV 2 6 2007**

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

---

The above-referenced individual was sentenced by Your Honor on 7/17/06 to 34 months imprisonment followed by a term of 4 years supervised release pursuant to his conviction for the offense of Conspiracy to Possess with Intent to Distribute Methamphetamine. The defendant was released from the custody of the Bureau of Prisons on 2/22/07 and has resided in the Eastern District of North Carolina since that time.

According to U.S. Probation Officer Erica W. Foy, Eastern District of North Carolina, the defendant has been compliant with the terms of his supervision since his release from custody. Mr. Beane is marrying in February, 2008 and has requested permission to take a honeymoon cruise to the eastern Carribean from February 24, 2008 to March 2, 2008. The U.S. Probation Office, Eastern District of North Carolina, does not oppose the defendant's request. The U.S. Probation Office, Western District of North Carolina, does not object to this travel request based on the recommendation of the supervising district.

Please indicate the Court's response to this request below. Should Your Honor have any questions regarding this matter, please contact me at (704) 350-7652.

---

The Court hereby:

[✓] Approves the defendant's request for out-of-country travel.

[ ] Denies defendant's request for out-of-country travel.

_____          11/20/07
Judicial Officer                                                    Date

Aaron Charles Beane                                              Page 2
3:04CR13-3-W
Out-of Country Travel Request